**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 99-7461**

───────────────

WALTER ALBERT YOUNIE,

Petitioner - Appellant,

versus

MARYLAND PAROLE COMMISSION; WARDEN, EASTERN
CORRECTIONAL INSTITUTION,

Respondents - Appellees.

───────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-99-
2956-AMD)

───────────────

Submitted: December 16, 1999    Decided: December 22, 1999

───────────────

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Walter Albert Younie, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Walter Albert Younie appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. <u>See Younie v. Maryland Parole Commission</u>, No. CA-99-2956-AMD (Oct. 7, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>